FILED
APR 16 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INDICTMENT |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:25 CR 00188 |
| BRIONNA BLAIR, | ) Title 18, United States Code, |
| | ) Sections 922(a)(6), 924(a)(2), |
| Defendant[s]. | ) 932(b)(1) and (c). |
| | ) **JUDGE BARKER** |

## GENERAL ALLEGATIONS

At all times relevant to this Indictment, unless otherwise specified:

1. Defendant BRIONNA BLAIR (herein after "Defendant") resided in or around Cleveland, Ohio.

2. On July 18, 2023, Defendant purchased a firearm, to wit: a Glock, Model 22, Gen 5, .40 caliber semi-automatic, serial number BYWD359 from a federally licensed dealer of firearms located in Valley View, Ohio. Defendant was not prohibited from purchasing or possessing firearms or ammunition at the time of purchase. During the purchase, Defendant falsely claimed that she was the actual buyer of the firearm. Defendant purchased the firearm on behalf of her boyfriend, E.B. and transferred possession of the firearm to E.B. shortly after her purchase.

3. On or about July 23, 2023, the Glock, Model 22, Gen 5, .40 caliber semi-automatic, serial number BYWD359 purchased by Defendant was used in a shooting in the city of Cleveland, Ohio, which resulted in a homicide.

4. On or about August 24, 2023, the Ohio State Highway Patrol conducted a traffic stop of a vehicle in the city of Cleveland. During a search of the vehicle, Troopers located and seized a loaded Glock, Model 22, Gen 5, .40 caliber semi-automatic pistol, serial number BYWD359. E.B. was a passenger in the vehicle.

5. On or about August 25, 2023, E.B. was arrested in connection with the firearm.

6. On or about August 26, 2023, E.B. called Defendant from Cuyahoga County Jail and instructed her not to say anything about the gun, that she "knew what she signed up for," and to say that the gun was not his.

7. On or about August 30, 2023, Defendant responded to the Cleveland Police Third District and reported a firearm was missing from her home. Defendant reported that the last time she had seen the firearm was the morning of July 23, 2023.

COUNT 1
(Making a False Statement in Acquisition of a Firearm, 18 U.S.C. §§ 922(a)(6) and 924 (a)(2))

The Grand Jury charges:

8. The factual allegations contained in paragraphs 1 through 6 of this Indictment are incorporated by reference as if stated fully herein.

9. On or about July 18, 2023, in the Northern District of Ohio, Eastern Division, Defendant BRIONNA BLAIR, in connection with the acquisition of a firearm, to wit: a Glock Model 22, Gen 5, .40 caliber semi-automatic pistol, serial number BYWD359, from a federally licensed dealer of firearms, did knowingly make and caused to be made a false and fictitious statement, intended and likely to deceive said dealer with respect to facts material to the lawfulness of the sale and acquisition of said firearms under provisions of Chapter 44, Title 18 of the United States Code, in that BRIONNA BLAIR, did knowingly state and represent on Federal Firearms Transaction Records, those are, ATF Forms 4473, that Defendant was the actual buyer

of said firearm, when in fact, she was not the actual buyer of the firearm, in violation of Title 18, United States Code, Sections 922(a)(6).

## COUNT 2
(Straw Purchasing of firearms, 18 U.S.C. §§ 932(a), and (b)(1))

The Grand Jury further charges:

10. The factual allegations contained in paragraphs 1 through 6 of this Indictment are incorporated by reference as if stated fully herein.

11. On or about July 18, 2023, in the Northern District of Ohio, Eastern Division, the defendant, BRIONNA BLAIR, did knowingly purchase a firearm, to wit: a Glock, Model 22, Gen 5, .40 caliber semi-automatic, serial number BYWD359, in or otherwise affecting interstate or foreign commerce for, on behalf of, or at the request or demand of E.B., knowing or having reasonable cause to believe that E.B. had previously been convicted in any court of, a crime punishable by imprisonment for a term exceeding one year, those being: Attempted Aggravated Robbery and Felonious Assault, on or about August 25, 2021, in case number CR-20-651783-B, in the Cuyahoga County Court of Common Pleas; Improper Discharge of a Firearm at or into a Habitation or School and Felonious Assault, on or about June 27, 2016, in case number CR-16-602750, in the Cuyahoga County Court of Common Pleas; in violation of Title 18, United States Code, Section 932(b)(1).

## FORFEITURE

The Grand Jury further charges:

12. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code Section 2461(c), the allegation of Count 1 is incorporated herein by reference. As a result of the foregoing offense, Defendant BRIONNA BLAIR, shall forfeit to the United States, any and all firearms and ammunition involved in or used in the commission of the firearms offense.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.